CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Erik Funk          20101097
**Full Name of Plaintiff          Inmate Number**

:
:
:       Civil No. _____
v.     :       (to be filled in by the Clerk's Office)
:
C/O Charles Silverio     :
**Name of Defendant 1**     :       (✓) Demand for Jury Trial
:       (__) No Jury Trial Demand
Sgt. McKenzie    :
**Name of Defendant 2**     :
:
C/O Murray       :
**Name of Defendant 3**     :
:                         FILED
C/O Magnum       :                         SCRANTON
**Name of Defendant 4**     :
:                         MAY 12 2021
C/O Shiller      :
**Name of Defendant 5**     :                         PER _____
(Print the names of all defendants. If the names of all   :                         DEPUTY CLERK
defendants do not fit in this space, you may attach       :
additional pages. Do not include addresses in this        :
section). Defendant #6 Badla
Defendant #7 Sgt Brito
Defendant #8 Nurse Doly

I.      **NATURE OF COMPLAINT**

Indicate below the federal legal basis for your claim, if known.

✓       Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

___     Civil Rights Action under <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971) (federal defendants)

___     Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

II. **ADDRESSES AND INFORMATION**

A. **PLAINTIFF**

Funk Erik
Name (Last, First, MI)

201101097
Inmate Number

Monroe County jail
Place of Confinement

4250 Manor Drive
Address

Stroudsburg, Monroe, Pa, 18360
City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:
- ✓ Pretrial detainee
- ___ Civilly committed detainee
- ___ Immigration detainee
- ___ Convicted and sentenced state prisoner
- ___ Convicted and sentenced federal prisoner

B. **DEFENDANT(S)**

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

Silverio Charles
Name (Last, First)

Correctional officer
Current Job Title

4250 Manor Drive
Current Work Address

Stroudsburg, Monroe, Pa 18360
City, County, State, Zip Code

Defendant 2:

Mckenzie

Name (Last, First)

Sgt.

Current Job Title

4250 Manor Drive

Current Work Address

Stroudsburg, Pa Monroe, 18360

City, County, State, Zip Code


Defendant 3:

Murray

Name (Last, First)

Correctional officer

Current Job Title

4250 Manor Drive

Current Work Address

Stroudsburg, Monroe, Pa, 18360

City, County, State, Zip Code


Defendant 4:

Magnum

Name (Last, First)

Correctional officer

Current Job Title

4250 Manor Drive

Current Work Address

Stroudsburg, Monroe, Pa, 18360

City, County, State, Zip Code


Defendant 5:

Shiller

Name (Last, First)

correctional officer

Current Job Title

4250 Manor Drive

Current Work Address

Stroudsburg, PA 18360 (Malloe)

City, County, State, Zip Code

Page 3 of 6

DEFENDANT #6
Balle - correctional officer
4250 Manor Drive
Stroudsburg, Monroe, Pa 18360

II (B.) continuation

DEFENDANT #7
   Zito - Sgt
4250 Manor Drive
Stroudsburg, Monroe, Pa 18360


DEFENDANT #8
   Daily - Nurse
4250 Manor Drive
Stroudsburg, Monroe, Pa 18360

### III. STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

A. Describe where and when the events giving rise to your claim(s) arose.

(SEE VIDEO SURVEILLANCE @ APPROXIMATELY 9:30 PM) in RHU DAYROOM into cell #8   5-6-21 THURSDAY...

B. On what date did the events giving rise to your claim(s) occur?

May 6, 2021

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

C/O Silverio has been assaulting inmates, and while on the phone Silverio tried to terminate my phone call with my family for no reason, I ignored him, told him to end the set.. he refused... so he did get on the phone and called for rovers. So while in handcuffs and shackles I was being escorted to my cell 6 but Silverio grabbed my arm/neck and took me to the ground while shackled and handcuff, then he put me in 8 cell, slammed me on the concrete bed and then start punching, kicking and kneeing me in my head, body while sgt. Zito had a pepper paint gun pushing it in my head stating, "do as they say or I'm shooting you in your mouth" hitting me in the head with this gun while Sgt. Mckenzie, Murray, Boils, Megrun, Shuler was just looking condoning this mans brutal assault on my body to cause serious bodily injury, and I was denied medical treatment on 5.7.21 (on) left in blood and I asked nurse daily for treatment with a shut eye/bruises/blood everywhere, she said (NO) and I told her to take pics she said "I don't have a camera" when there's a camera in medical

## IV. LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed. I HAVE A RIGHT AGAINST EXCESSIVE FORCE BY GUARDS TO PUNISH—
(1) the defendants herein acted under color of state law as a pretrial detainees are protected by the due process clause of the 14th Amend and I was brutally assaulted resulting in cruel and unusual punishment in violation of the 8th Amendment of the U.S. Const. when Silverio used maliciously and sadistically and brutally assaulted me, causing serious bodily injury and such force was used to punish and this is not an isolated incident (SEE Wilson, Morgan, Ferguson, Jackson, Sanbourne cases @ M.D.Pa District) of this C/O assaulting inmates and (3) I was deprived immediate medical treatment and nurse daily deprived me such and acted with deliberate indifference to my medical needs... white blood 8th Amend everywhere

## V. INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

Head wide knots, 4 swollen completely shut eye, shackle and handcuff bruises, bruises on back, shoulder and body, permanent eye injury

## VI. RELIEF — For acting under color of state law and violating my 8th + 14th Amend. Rights of the U.S. Constitution..

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

(1) $25,000 against that officer who bit me + consisted of U.S. ESJR bite while in handcuffs and shackles" in compensatory + punitive damages against that defendant" SEE Fruser v. Phelps, 956 F.2d 488, 489; Jackson v. Austin, 241 F.Supp.2d 1313, 1319, 1323" for excessive use of force what potentates/made injury; (2) $25,000 in compensatory + $25,000 in punitive damages against nurse daily for deprivement of medical treatment/photos to try to cover up for denial of medical care... for defendants to pay cost fee of suit and declare their actions unconstitutional.

## VII. SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

_____
Signature of Plaintiff

_____5-7-21_____
Date

Erik Plank (QY101017)
4350 Manor Dr
Stroudsburg, PA 18360

LEHIGH VALLEY PA 180
10 MAY 2021 PM 3 L

RECEIVED
SCRANTON
MAY 12 2021
PER _____
DEPUTY CLERK

OFFICE OF THE CLERK
WILLIAM J. NEALON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
235 NORTH WASHINGTON AVENUE
FEDERAL BLDG. And U.S. COURTHOUSE
P.O. BOX 1148
SCRANTON, PA 18501-1148

18501-114848